# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gabrial Williams,<br><br>    Petitioner<br><br>v.<br><br>State of Nevada,<br><br>    Respondents | Case No.: 2:24-cv-01097-APG-DJA<br><br>**Order Granting Petitioner's<br>Motion to Extend**<br><br>[ECF No. 4] |

Petitioner Gabrial Williams seeks an extension of time to file his response to the order to show cause. ECF No. 4. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner Gabrial Williams's motion to extend (ECF No. 4) is granted. Williams has until October 10, 2024, to file his response to the order to show cause.

DATED this 16th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE